

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| JOHN BLAKE DONNELLY,<br><br>    Plaintiff,<br><br>v.<br><br>PFIZER, INC.; SCOTT JOHNSON; and DOES 1 through 20,<br><br>    Defendants. | Case No. 1:08CV 00992 OWW GSA<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, through his undersigned counsel, and Defendants, through their undersigned counsel, that the above-captioned action be and is hereby dismissed, with prejudice, including without limitation, all claims which Plaintiff has asserted or could have asserted against Defendants, and with no award of attorneys' fees or costs by the Court to any party.

                                  STAMMER, McKNIGHT, BARNUM & BAILEY LLP

March _6_, 2009            By:         /s/
                                                Bruce J. Berger
                                       ATTORNEY FOR PLAINTIFF

JACKSON LEWIS LLP

March _7_, 2009          By: _____/s/_____
                              Mitchell F. Boomer
                              ATTORNEYS FOR DEFENDANTS

IT IS SO ORDERED this _1st_ day of _April_, 2008.

_____
DISTRICT COURT JUDGE